# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARLENE BELL-SPARROW,**<br>Plaintiff,<br>vs.<br>**SFG\*PROSCHOSEBEAUTY, ET AL.,**<br>Defendants. | CASE NO. 18-cv-06707-YGR<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Court has received plaintiff Arlene Bell-Sparrow's notice providing the Court with a service address for defendants MTZ\*Carenature and SFG\*Prochoicebeauty. (Dkt. No. 66.) Accordingly, **IT IS ORDERED** that the Clerk issue summons, and **IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon defendants MTZ\*Carenature and SFG\*Prochoicebeauty at the address provided in Docket Number 66.

**IT IS SO ORDERED.**

Dated: February 11, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**