**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ARLENE BELL-SPARROW,** | Case No.: 18-CV-6707 YGR |
| Plaintiff, | **ORDER OF DISMISSAL FOR FAILURE TO EFFECTUATE TIMELY SERVICE** |
| vs. | |
| **SFG\*PROSCHOSEBEAUTY, ETC.,** | |
| Defendants. | |

After repeated extensions, on January 13, 2021, plaintiff was directed to provide the Court with an accurate address for each of defendants SFG\*Proschosebeauty and MTZ\*Carenature within 30 days. Otherwise, plaintiff's claims against them would be subject to dismissal for failure to effectuate timely service pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. No. 84.) As of the date of this Order, plaintiff has not filed the required submission. Accordingly, this action is **DISMISSED**.

**IT IS SO ORDERED.**

Date: March 9, 2021

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**